DONALD A. ROBINSON, TRUSTEE OF MONDRICH SECURITIES CORP., DEBTOR, PLAINTIFF-APPELLANT, v. HOWARD HALLBERG *ET AL.*, DEFENDANTS-RESPONDENTS.

DONALD A. ROBINSON, TRUSTEE OF MANUFACTURERS CREDIT CORP., DEBTOR, PLAINTIFF-APPELLANT, v. REA M. SHAPIRO, *ET AL.*, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued May 25, 1970—Decided June 3, 1970

Before Judges KILKENNY, LABRECQUE and LEONARD.

*Mr. Frank J. Vecchione* argued the cause for appellant (*Messrs. Crummy & O'Neill,* attorneys).

*Mr. Joseph C. Dickson, Jr.,* argued the cause for respondents Hallberg, Barker, Gaita and Cameron.

*Mr. Samuel J. Davidson* argued the cause for respondent Rea M. Shapiro (*Messrs. Chazin & Chazin,* attorneys).

*Mr. D. F. Moore Craig* argued the cause for respondent Joseph Goldberg (*Messrs. Bracken, Walsh and Craig,* attorneys; *Mr. Joseph F. Walsh,* on the brief).

*Mr. Charles A. Stanziale, Jr.* argued the cause for respondent Frank Pizzani.

PER CURIAM. The judgment is affirmed essentially for the reasons set forth by Judge Mintz in his opinion reported in 107 *N. J. Super.* 290 (Ch. Div. 1969).